IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RANDALL ALAN BAILEY                                                                              PLAINTIFF

v.                                           Case No. 6:23-cv-6064

DIRECTOR DEXTER PAYNE; DEP.
DIRECTOR ANDREA F. CULCLAGER;
SUPERINTENDENT BYERS; DEPUTY
WARDEN GRIFFIN; WELLPATH HEALTH
SERVICES: and DR. DAVIS, DDS                                                                     DEFENDANTS

# ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 37. Judge Comstock recommends that the Motion for Summary Judgment (ECF No. 31) filed by Defendants Dexter Payne, Tasha Griffin, Jared Byers, and Aundrea Culclager ("ADC Defendants") be granted and that Plaintiff's claims against the ADC Defendants be dismissed without prejudice for failure to exhaust administrative remedies.

Plaintiff has not responded to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 37) *in toto*. The ADC Defendants' Motion for Summary Judgment (ECF No. 31) is hereby **GRANTED**. Plaintiff's claims against the ADC Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Defendant Wellpath Health Services and Dr. Davis, DDS remain pending.

**IT IS SO ORDERED**, this 5th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge