IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RANDALL ALAN BAILEY                                                                                     PLAINTIFF

v.                                            Case No. 6:23-cv-6064

WELLPATH HEALTH SERVICES; and
DR. DAVIS, DDS                                                                                         DEFENDANTS

**ORDER**

    Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 53. Judge Comstock recommends that Plaintiff's 42 U.S.C. § 1983 claims against Defendant Wellpath Health Services ("Wellpath") and Defendant Dr. Davis, DDS ("Davis") in his official capacity be terminated pursuant to Wellpath's bankruptcy Plan of Reorganization.[1] Judge Comstock further recommends that Plaintiff's § 1983 claims against Davis in his individual capacity be dismissed for failure to prosecute and failure to obey the Court's orders. Plaintiff has not responded to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

    Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 53) in toto. Accordingly, all claims against all Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.[2]

    **IT IS SO ORDERED**, this 10th day of October, 2025.

                                         /s/ Susan O. Hickey
                                         Susan O. Hickey
                                         United States District Judge

---

[1] *See In re Wellpath Holdings, Inc.*, Case No. 24-90533 (Bankr. S.D. Tx. May 1, 2025), ECF No. 2596; *see also* ECF No. 50-1.

[2] Though the R&R recommends that certain claims be "terminated", it does not explain whether this means dismissal with prejudice or without prejudice. Thus, the Court will take caution to dismiss without prejudice.